CAUSE NO. 14-CCV-053717

**WRIT OF POSSESSION**

FILED IN
County Court of Appeals
Houston, Texas
6/25/2015 9:42:55 AM
CHRISTOPHER A. PRINE
Clerk

THE STATE OF TEXAS
TO ANY CONSTABLE WITHIN THE STATE OF TEXAS - GREETING:

WHEREAS, on the 12th day of December, 2014, Uchenna Nwabueze, Plaintiff, recovered a Judgment in County Court of Law 3 of Fort Bend County, Texas against Sandra Nze and all other present occupants, Defendant, for the possession of a certain tract of land, bound and described as follows, to-wit:

24802 Bent Hollow Lane, Katy, Texas 77494

and all costs of suit;

THEREFORE, you are hereby commanded that you deliver to the said Uchenna Nwabueze, the possession of said land and premises herein before described, as against the said Sandra Nze and all other present occupants and all persons claiming under or through Sandra Nze and all other present occupants since the institution of this suit.

HEREIN FAIL NOT, but of this Writ made due return within 90 days, with your endorsement thereon, showing how you have executed the same by:

(1) post a written warning of at least 8-1/2 by 11 inches on the exterior of the front door of the rental unit notifying the tenant that the writ has been issued and that the writ will be executed on or after a specific date and time stated in the warning not sooner than 24 hours after the warning is posted; and

(2) when the writ is executed: (a) deliver possession of the premises to the landlord; (b) instruct the tenant and all persons claiming under the tenant to leave the premises immediately, and, if the persons fail to comply, physically remove them; (c) instruct the tenant to remove or to allow the landlord, the landlord's representatives, or other persons acting under the officer's supervision to remove all personal property from the rental unit other than personal property claimed to be owned by the landlord; and (d) place, or have an authorized person place, the removed personal property outside the rental unit at a nearby location, but not blocking a public sidewalk, passageway, or street and not while it is raining, sleeting, or snowing. (e) The writ of possession shall authorize the officer, at the officer's discretion, to engage the services of a bonded or insured warehouseman to remove and store, subject to applicable law, part or all of the property at no cost to the landlord or the officer executing the writ. (f) The officer may not require the landlord to store the property. (g) The writ of possession shall contain notice to the officer that under Section 7.003, Civil Practice and Remedies Code, the officer is not liable for damages resulting from the execution of the writ if the officer executes the writ in good faith and with reasonable diligence. (h) A sheriff or constable may use reasonable force in executing a writ under this section.

ISSUED AND GIVEN UNDER MY HAND AND SEAL OF SAID COURT, in Richmond, Texas, this the 9th day of June, 2015.

LAURA RICHARD, COUNTY CLERK
FORT BEND COUNTY, TEXAS
PHYSICAL ADDRESS: 1422 EUGENE HEIMANN CIRCLE
MAILING ADDRESS: 301 JACKSON, SUITE 101
RICHMOND, TX 77469-3108

JUN 10 2015

By: __/s/ Velma Padron__
Velma Padron, Deputy

WRIT OF POSSESSION OR EXECUTION
(LAND)No Judgment Amt

ORIGINAL



**CONSTABLE ROB COOK**
Fort Bend County Precinct 3 Constable's Office
22333 Grand Corner Drive, Suite 103
Katy, Texas 77494-5749
Phone: 281.238-1430 / Fax: 281.238.1431

**WRIT OF
POSSESSION
RETURN**

CAME TO HAND this 10 day of JUNE, 2015, at 9:37 o'clock AM / PM;

A copy of this Writ of Possession and the required warning pursuant to Texas Property Code Section 24.006(d) was posted on the exterior of the front door of the residence at 24802 BENT HOLLOW LANE KATY, TEXAS 77494 on the 10 day of JUNE, 2015, at 10:48 o'clock AM / PM by DEPUTY J. ELECKEL 1318.

At the above stated time of posting, the premises appeared to be:

A. ☐ Unoccupied and/or vacant, and a request for cancellation of the Writ was received by this Office from the plaintiff, his agent, or his attorney on the ___ day of ___, 201__, at ___ o'clock AM / PM
--------------------------------------------------------------------------------------------------

B. ☒ Occupied and the following are status notes concerning the execution of this Writ:

06/10/15 10:48 AM POSTED THE 24 HOUR NOTICE ON THE EXTERIOR OF THE FRONT DOOR OF THE RESIDENCE AND PHOTOGRAPHED THE SAME.

06/10/15 11:02 AM LEFT A VOICE MAIL FOR THE PLAINTIFFS ATTORNEY.

06/10/15 11:24 AM PHONE CONVERSATION WITH THE PLAINTIFFS ATTORNEY AND SET THE MOVE OUT FOR TUESDAY 06/16/15 AT 9:30 AM.

06/11/15 8:15 AM RECEIVED A PHONE MESSAGE FROM THE DEFENDANTS ATTORNEY STATING THIS WAS STILL IN LITIGATION. THEY WERE ADVISED THAT THIS WOULD STILL PROCEED UNLESS SOMETHING WAS RECEIVED FROM THE COURT STATING OTHERWISE.

06/11/15 3:29 AM PHONE CONVERSATION WITH THE THE DEFENDANT AND STATED THAT NOTHING HAS BEEN RECEIVED FROM THE COURTS.

06/12/15 8:03 AM RECEIVED A FAX FROM THE APPEALS COURT AND FAX THE CASE INFORMATION TO JOE COX.

06/12/15 1:13 PM PHONE CONVERSTION WITH JOE COX AND HE STATED THAT THE APPEAL HAD BEEN DENIED AND TO PROCEED WITH THIS WRIT.

06/16/15 7:52 AM PHONE CONVERSTION WITH THE PLAINTIFFS ATTORNEY AND CANCELLED THE MOVE OUT DUE TO RAIN.

06/17/15 11:43 AM FOLLOW UP, CAR STILL IN DRIVEWAY AND NO ANSWER AT THE DOOR. (RAIN)

06/18/15 9:41 AM FOLLOW UP, THE DEFENDANT IS ACTIVELY MOVING OUT. (RAIN)

06/19/15 10:27 AM LEFT A VOICE MAIL FOR THE PLAINTIFFS ATTORNEY.

06/19/15 10:39 AM SET THE MOVE OUT FOR 06/22/15 AT 9:30 AM.

06/22/15 9:30 AM MET WITH THE PLAINTIFF AND WE KNOCKED ON THE DOOR FOR SEVERAL MINUTES WITH NO RESPONSE. THE PLAINTIFF OPENED THE RESIDENCE WITH A KEY. MYSELF AND DEPUTY D. BYRD #1327, WALKED THE INTERIOR OF THE RESIDENCE AND THERE WAS NO ONE INSIDE. THE PROPERTY WAS VIDEO RECORDED AND THE PLAINTIFF STATED THAT THE FURNISHINGS IN THE RESIDENCE WERE HIS PROPERTY. HE ALSO STATED THAT HE WOULD STORE IN PLACE THE CLOTHING THAT BELONGED TO THE DEFENDANT, AND WOULD ALLOW HER TO RETRIEVE THESE ITEMS IF SHE REQUESTED TO DO SO. THE PROPERTY WAS RELEASED TO THE PLAINTIFF.

---

THIS WRIT WAS:
☒ Executed According to the Preceding Information
☐ Recalled by Plaintiff
☐ Recalled by Justice of the Peace
☐ Otherwise Disposed:

on the 22 day of JUNE, 2015, at 9:30 o'clock AM/ PM.

FEES for executing this writ: $120.00.

CONSTABLE ROB COOK
PRECINCT 3 FORT BEND COUNTY, TEXAS

Signed By: _Deputy J. Eleckel #1318_